LOUIS C. SCHNEIDER, ESQ.
LAW OFFICE OF LOUIS C. SCHNEIDER
Nevada Bar No. 9683
430 South Seventh Street
Las Vegas, Nevada 89101
Ph: (702) 435-2121
Email: Lcslawllc@yahoo.com
*Attorney for Plaintiff*
*Andrew Arrand*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW ARRAND<br><br>  Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 2:20-cv-00694-BNW<br><br>**MOTION TO EXTEND TIME** |

COMES NOW, the Plaintiff, ANDREW ARRAND, by and through his attorney of record, LOUIS C. SCHNEIDER, ESQ., of the LAW OFFICES of LOUIS C. SCHNEIDER, LLC, and respectfully submits this Motion to Extend Time.

This Motion is made and based upon the papers and pleadings on file, the following Memorandum of Points and Authorities, and any argument the Court may choose to consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff filed a Complaint and Summons on April 20, 2020. The Complaint and Summons needs to be served to the United States Attorney for Nevada, United States Attorney General's Office, and the Office of the Regional Chief Counsel in San Francisco, California on or before July 15, 2020. Due to the Pandemic most offices are closed and staff is working remotely. Plaintiff's counsel respectfully asks the Court for an additional thirty (30) days to serve the documents via certified mail with return receipt to the court, as this has been the practice for service of process during the COVID crises, or to serve personally if possible.

This motion is made in good faith, and not for the purpose of delay.

DATED this __2__ day of July, 2020.

Submitted by:

_/s/ Louis C. Schneider_
Louis C. Schneider, Esq.
Nevada Bar No. 9683
Law Office of Louis C. Schneider
430 S. 7th Street
Las Vegas, Nevada 89101

The Court finds that there exists good cause to extend the time for service. IT IS THEREFORE ORDERED that ECF No. 10 is GRANTED. Pursuant to Rule 4(m), the time for service is extended to 30 days from today's date. Plaintiff may serve the summons and complaint in the manner prescribed by Rule 4(i)(1) and (2).

IT IS SO ORDERED

DATED: 2:48 pm, July 06, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2